JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK GARLANIAN, an individual,<br><br>Plaintiffs,<br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, a business entity; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. **2:25-cv-04436-SVW-SK**<br><br>**ORDER APPROVING JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**District Judge Stephen V. Wilson** |

The Court, having reviewed the joint stipulation requesting voluntary dismissal of this action with prejudice, as executed by the above-captioned parties' counsel of record, and good cause appearing thereon, hereby ORDERS as follows:

1. Plaintiff JACK GARLANIAN'S ("Plaintiff") action before this Court, which has been designated as Case Number 2:25-cv-04436-SVW-SK is DISMISSED, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules

1  of Civil Procedure, as to all of Plaintiff's claims for relief against Defendant STATE FARM GENERAL INSURANCE COMPANY.

2. Each party shall bear their own costs, expenses, and attorneys' fees

**IT IS SO ORDERED.**

Dated: November 24, 2025

_____
Hon. Stephen V. Wilson
United States District Judge